| | |
|---|---|
| Elliot C. Harvey Schatmeier (Bar No. 322132) | Christopher W. Keegan, P.C. (Bar No. 232045) |
| **BIRD, MARELLA, RHOW, LINCEBERG, DROOKS & NESSIM, LLP** | **KIRKLAND & ELLIS LLP** |
| 1875 Century Park East, 23rd Floor | 555 California Street, 27th Floor |
| Los Angeles, CA 90067-2561 | San Francisco, CA 94104 |
| Telephone: (310) 201-2100 | Telephone: (415) 439-1400 |
| Facsimile: (310) 201-2110 | Facsimile: (415) 439-1500 |
| ehs@birdmarella.com | chris.keegan@kirkland.com |
| | Matthew S. Owen, P.C. (*pro hac vice* forthcoming) |
| Matthew J. Modafferi (*pro hac vice* pending) | Meredith M. Pohl (*pro hac vice* forthcoming) |
| **FRIER LEVITT, LLC** | **KIRKLAND & ELLIS LLP** |
| One World Trade Center, Suite 45E | 1301 Pennsylvania Avenue, NW |
| 285 Fulton Street | Washington, DC 20004 |
| New York, NY 10006 | Telephone: (202) 389-5000 |
| Telephone: (646) 970-2711 | matt.owen@kirkland.com |
| mmodafferi@frierlevitt.com | meredith.pohl@kirkland.com |
| *Attorneys for Movant* | *Attorneys for AbbVie Inc.; Allergan, Inc.; Durata Therapeutics, Inc.; AbbVie Products LLC; Pharmacyclics LLC; Allergan Sales, LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SUBPOENA TO SAFEWAY, INC., <br> In the Case of: <br> AbbVie Inc., et al., <br>            Plaintiffs, <br>      v. <br> Dan Rayfield, in his official capacity as Attorney General of the State of Oregon, et al., <br>            Defendants. | CASE NO. 3:25-MC-80390-SK <br><br> **STIPULATED REQUEST FOR AN ORDER CHANGING TIME TO RESPOND TO MOTION TO QUASH NON-PARTY SUBPOENAS** <br><br> Magistrate Judge: Hon. Sallie Kim |

Pursuant to Local Rule 6-2, Safeway, Inc. ("Safeway") and AbbVie Inc., Allergan, Inc., Durata Therapeutics, Inc., AbbVie Products LLC, Pharmacyclics LLC, and Allergan Sales, LLC (collectively, "AbbVie") file this Stipulated Request for an Order Changing Time.

On December 17, 2025, Safeway filed a motion to quash two subpoenas issued by AbbVie in the U.S. District Court for the District of Oregon in *AbbVie Inc. et al. v. Dan Rayfield et al.*, No. 6:25-cv-01332. Doc. 1.

On December 22, 2025, the Court issued an Order Setting Briefing Deadlines that (1) ordered Safeway to serve its motion on AbbVie and file its proof of service within 14 days of the Court's order, and (2) ordered AbbVie to file any opposition to Safeway's motion within 14 days of service of the motion. Doc. 4.

Safeway's motion was electronically served on AbbVie on December 17, 2025. AbbVie's current deadline for filing an opposition is thus December 31, 2025.

Safeway and AbbVie specifically request that AbbVie have until January 9, 2026—or 9 extra days—to file an opposition to Safeway's motion.

This is the first request for a time modification in this case by stipulation or otherwise.

Additional time is necessary and supported by good cause due to intervening holidays and because Safeway and AbbVie are currently working to resolve Safeway's motion without court intervention.

Neither Safeway nor AbbVie oppose changing this deadline.

Accordingly, Safeway and AbbVie respectfully file this Stipulated Request for an Order Changing Time requesting that the Court extend AbbVie's deadline to file an opposition to Safeway's motion until January 9, 2026.

| | | |
|---|---|---|
| 1 | DATED: December 30, 2025 | Respectfully submitted, |
| 2 | | /s/ |
| | | Elliot C. Harvey Schatmeier (Bar No. 322132) |
| 3 | | **BIRD, MARELLA, RHOW, LINCEBERG, DROOKS & NESSIM, LLP** |
| 4 | | 1875 Century Park East, 23rd Floor |
| | | Los Angeles, CA 90067-2561 |
| 5 | | Telephone:  (310) 201-2100 |
| | | Facsimile:   (310) 201-2110 |
| 6 | | ehs@birdmarella.com |
| 7 | | Matthew J. Modafferi (*pro hac vice* pending) |
| | | **FRIER LEVITT, LLC** |
| 8 | | One World Trade Center, Suite 45E |
| | | 285 Fulton Street |
| 9 | | New York, NY 10006 |
| | | Telephone: (646) 970-2711 |
| 10 | | mmodafferi@frierlevitt.com |
| 11 | | *Attorneys for Movant* |
| 12 | | /s/ |
| | | Christopher W. Keegan, P.C. (Bar No. 232045) |
| 13 | | **KIRKLAND & ELLIS LLP** |
| | | 555 California Street, 27th Floor |
| 14 | | San Francisco, CA 94104 |
| | | Telephone:  (415) 439-1400 |
| 15 | | Facsimile:  (415) 439-1500 |
| | | chris.keegan@kirkland.com |
| 16 | | |
| 17 | | Matthew S. Owen, P.C. (*pro hac vice* forthcoming) |
| | | Meredith M. Pohl (*pro hac vice* forthcoming) |
| | | **KIRKLAND & ELLIS LLP** |
| 18 | | 1301 Pennsylvania Avenue, NW |
| | | Washington, DC 20004 |
| 19 | | Telephone: (202) 389-5000 |
| | | matt.owen@kirkland.com |
| 20 | | meredith.pohl@kirkland.com |
| 21 | | *Attorneys for AbbVie Inc.; Allergan, Inc.; Durata Therapeutics, Inc.; AbbVie Products LLC; Pharmacyclics LLC; Allergan Sales, LLC* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**SIGNATURE ATTESTATION**

I, Elliot C. Harvey Schatmeier, attest that all signatories listed above, on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document.

/s/ _____
Elliot C. Harvey Schatmeier

CASE NO. 3:25-MC-80390-SK

**CERTIFICATE OF SERVICE**

On December 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

/s/
Elliot C. Harvey Schatmeier

CASE NO. 3:25-MC-80390-SK